# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SMITH,<br><br>                                     Plaintiff,<br><br>    vs.<br><br>FCA US, LLC<br><br><br>                                   Defendant. | Case No. 4:24-cv-07876-JST<br><br>Judge: Hon. Jon S. Tigar<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the Joint Stipulation of Dismissal without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and dismisses the action in its entirety without prejudice. Each party must bear its own costs, expenses and fees. All existing dates and deadlines are hereby vacated. The Clerk of the Court is instructed to close the case

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 5, 2026 _____

_____
Hon. Jon S. Tigar
United States District Court Judge

ORDER GRANTING JOINT STIPULATION OF DISMISSAL